UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RENE JOSEPH BARLETTER, SR.                CIVIL ACTION

VERSUS                                    NUMBER: 07-0212

SHERIFF MARLIN GUSMAN                     SECTION: "C"(5)

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that the instant action filed pursuant to 42 U.S.C. §1983 be dismissed without prejudice for failure to prosecute.

New Orleans, Louisiana, this 31 day of Janry, 2008.

_____
UNITED STATES DISTRICT JUDGE